**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Eunice McCall, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2012-213542

---

**ON WRIT OF CERTIORARI**

---

Appeal From Lee County
W. Jeffrey Young, Circuit Court Judge

---

Memorandum Opinion No. 2015-MO-016
Submitted March 18, 2015 – Filed April 8, 2015

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Susan Barber Hackett, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, and Megan Elizabeth Harrigan, both of Columbia, for Respondent.

---

**PER CURIAM:**   After careful consideration of the briefs and appendices, we dismiss the writ of certiorari as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**